# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEPHANIE GORDON,

                Plaintiff,

vs.

JEFF HUGHES, *et al.,*

                Defendants.

CASE NO.: 2:13-cv-1072-JAD-GWF

**ORDER**

On January 15, 2014, the Court dismissed Plaintiff's claims without prejudice for failure to state a claim upon which relief can be granted. Doc. 3. Plaintiff was given until February 13, 2014, to file an amended complaint that cured the deficiencies noted in the order. *Id*. Plaintiff filed no amended complaint. Having reviewed the record, the Court concludes that "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives," weigh in favor of dismissing this case without prejudice. *Thompson v. Housing Authority*, 479 U.S. 829, 831 (1986). Accordingly, as Plaintiff has no claims pending and has not taken the action instructed to maintain this action, IT IS HEREBY ORDERED that this case is DISMISSED. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992).

1. The Clerk of Court is instructed to close this case.

2. Dated: July 11, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE