# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEPHANIE GORDON, | ) | |
|       Plaintiff, | ) | Case No. 2:13-cv-01072-JAD-GWF |
| vs. | ) | **ORDER** |
| JEFF HUGHES, *et al.*, | ) | |
|       Defendants. | ) | |

      This matter is before the Court on Plaintiff's Motion for Extension of Time (#16), filed on June 9, 2015.

      Plaintiff was required to provide proof of service to the Court by April 8, 2015. *See* Order #13. She represents that she missed this deadline because she was busy caring for her grandchildren, one of whom had been diagnosed with an inoperable brain tumor. The Plaintiff has sufficiently shown good cause for granting this extension of time under Fed. R. Civ. P. 4(m). Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time (#16) is **granted**. Plaintiff shall provide proof of service on all Defendants by **July 1, 2015**.

      **DATED** this 11th day of June, 2015.

                                                         _____
                                                          GEORGE FOLEY, JR.
                                                          United States Magistrate Judge