# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEPHANIE GORDON,

        Plaintiff,

vs.

JEFF HUGHES, *et al.*,

        Defendants.

Case No. 2:13-cv-01072-JAD-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for a 10 Day Extension (#19), filed on July 1, 2015.

Plaintiff requests a ten day extension to ensure service is completed upon the Defendants. Plaintiff represents that she has been in contact with the U.S. Marshal's Office, and that the summonses have already been sent out. Plaintiff has sufficiently established good cause for the extension of time under Fed. R. Civ. P. 4(m). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for a 10 Day Extension (#19) is **granted**. Plaintiff shall provide proof of service upon all Defendants by **July 13, 2015**.

**DATED** this 2nd day of July, 2015.

*/s/ George Foley, Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge