# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE GORDON, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-01072-JAD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JEFF HUGHES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Motion for a 10 Day Extension (#22), filed on July 14, 2015.

Plaintiff requests a ten day extension to ensure service is completed upon the Defendants. Plaintiff represents that she has been in contact with the U.S. Marshal's Office in Nevada, and has received confirmations for defendants in Nevada and California. She is awaiting confirmation of service for the Georgia defendants. Plaintiff further represents that all parties have already been served. Plaintiff has sufficiently established good cause for the extension of time under Fed. R. Civ. P. 4(m). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for a 10 Day Extension (#22) is **granted**. Plaintiff shall provide proof of service upon all Defendants by **July 26, 2015**.

**DATED** this 16th day of July, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge