# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Stephanie Gordon, | 2:13-cv-01072-JAD-GWF |
| Plaintiff | |
| v. | **Order Granting Extension of Time for Plaintiff to Respond to the Individual Defendants' Motion to Dismiss** |
| Home Depot et al., | **[#28]** |
| Defendants | |

Stephanie Gordon claims she is a hearing-impaired individual who suffered discrimination by her employer Home Depot and a handful of its supervisory employees and was retaliated against when she reported that discrimination to the Nevada Equal Rights Commission and the Equal Employment Opportunity Commission.[1]  Various of the defendants filed a motion to dismiss Gordon's claims, and her response to that motion was due on July 31, 2015.[2]  Before that deadline ran, Gordon moved for a 30-day extension.[3]  Although Gordon does not identify what deadline she seeks to extend, I assume she is referring to her response deadline.  I find she has demonstrated good cause to extend that deadline by 30 days.  Accordingly,

IT IS HEREBY ORDERED that Gordon's Motion for a 30-day Extension **[Doc. 28] is GRANTED**.  Gordon must file any response to the Individual Defendants' Motion to Dismiss [Doc. 23] by 4 p.m. on August 31, 2015.[4]

Dated this 12th day of August, 2015

_____
Jennifer A. Dorsey
United States District Judge

---

[1] Doc. 11.

[2] Doc. 23.

[3] Doc. 28.

[4] The 30th day falls on a Sunday.  Accordingly, I extend the due date by a single day.