# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE GORDON, | |
| Plaintiff, | Case No. 2:13-cv-01072-JAD-GWF |
| vs. | **ORDER** |
| JEFF HUGHES, *et al.*, | |
| Defendants. | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Amended Complaint (#11) in this matter was filed April 8, 2015. Defendants Lori Leavitt and Tonja Barnicle and specially appearing Defendants John Doyle, Elmer Stratham, Kim Guthrie, John Cleary and Dorothy Perkins filed a Motion to Dismiss (#23) on July 14, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **September 14, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 2nd day of September, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge