ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
CHRISTOPHER M. PASTORE
Nevada Bar No. 11436
christopher.pastore@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Lori Leavitt and Tonja Barnicle and specially appearing Defendants John Doyle, Elmer Stratham, Kim Guthrie, John Cleary, Dorothy Perkins and Jeff Hughes*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE GORDON,<br><br>        Plaintiff,<br><br>vs.<br><br>HOME DEPOT, JEFF HUGHES, JOHN CLEARY, LORI LEAVITT, DOROTHY PERKINS, TONJA BARNICLE, JOHN DOYLE, ELMER STRATHAM AND KIM GUTHRIE,<br><br>        Defendants. | Case No.:  2:13-cv-01072-JCM-GWF<br><br>ORDER GRANTING<br><br>**INDIVIDUAL DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S RESPONSE TO THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS**<br><br>[ECF 37] |

Pursuant to Local Rule 6-1, Defendants Lori Leavitt and Tonja Barnicle and Specially Appearing Defendants, John Doyle, Elmer Stratham, Kim Guthrie, John Cleary, Dorothy Perkins and Jeff Hughes (collectively, the "Individual Defendants") hereby move the Court for a two week extension of time, up to and including, September 25, 2015, to file their reply to Plaintiff's Response to the Motions to Dismiss filed by the Individual Defendants. (*Dkt.* # 35.)

There is good cause for this request. As stated in the cover letter to Plaintiff's Response, Plaintiff intends to file additional documentation in support of her Response. Further, undersigned counsel will be unavailable due to previously scheduled travel from September 4, 2015 through

September 13, 2015. To the extent Plaintiff files any additional documents after September 4, 2015, undersigned counsel will not have an opportunity to review and respond to these documents before the current Reply deadline.

Undersigned counsel has spoken with Plaintiff regarding the need for this extension and Plaintiff has informed undersigned counsel that she has no objection to this request for a two-week extension of time.

Dated this 3rd day of September, 2015

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/  Christopher M. Pastore
_____
Anthony L. Martin
Christopher M. Pastore
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Lori Leavitt and Tonja Barnicle and Specially Appearing Defendants John Doyle, , Elmer Stratham, Kim Guthrie, John Cleary, Dorothy Perkins and Jeff Hughes*

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that the motion to extend time to file a reply in support of the individual defendants' motions to dismiss **[37] is GRANTED.  The individual defendants will have until September 25, 2015, to file their reply** in support of their motion to dismiss [ECF 32].
September 4, 2015

_____
Jennifer Dorsey
United States District Court Judge

2