# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEPHANIE GORDON,                    )
                                     )
                  Plaintiff,         )      Case No.:  2:13-cv-01072-JAD-GWF
                                     )
vs.                                  )      **ORDER**
                                     )
HOME DEPOT,                          )
                                     )
                  Defendant.         )
_____ )

    This matter is before the Court on Plaintiff's Request for a 60 Day Extension (#52), filed on April 12, 2016.

    Plaintiff requests a "60 day extension to be able to provide the opposing party all of the requested documentation that they've asked for." *Motion (#52)*.  Based solely on this representation, the Court is unable to determine what deadline Plaintiff is seeking to extend. Furthermore, Plaintiff has failed to indicate whether she has conferred with Defendant's counsel to see if Defendant would agree upon the requested extension. *See* Local Rule 26-7(b).  Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Request for a 60 Day Extension (#52)is **denied** without prejudice.  If Plaintiff wishes to re-file her motion, she shall inform the Court of the efforts made to meet and confer with Defendant's counsel to try to resolve this issue without Court action.

    DATED this 14th day of April, 2016.

GEORGE FOLEY, JR
United States Magistrate Judge