**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE GORDON,<br><br>           Plaintiff,<br><br>vs.<br><br>HOME DEPOT,<br><br>           Defendant. | Case No.:  2:13-cv-01072-JAD-GWF<br><br>**ORDER** |

   This matter is before the Court on Plaintiff's Request for Referral to Early Neutral Evaluation Program (ECF No. 57), filed on June 30, 2016.  Upon review and consideration, and with good cause appearing therefor,

   **IT IS HEREBY ORDERED** that Plaintiff's Request for Referral to Early Neutral Evaluation Program (ECF No. 57) is **granted**.

   DATED this 1st day of July, 2016.

                                                                                    _____
                                                                                    GEORGE FOLEY, JR.
                                                                                    United States Magistrate Judge