ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
CHRISTOPHER M. PASTORE
Nevada Bar No. 11436
christopher.pastore@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Home Depot U.S.A., Inc.,*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE GORDON,<br><br>            Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC,<br><br>            Defendant. | Case No.: 2:13-cv-01072-JCM-GWF<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff Stephanie Gordon and Defendant Home Depot U.S.A., Inc., by and through their respective undersigned counsel, hereby stipulate that the above-captioned action and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

all claims asserted therein shall be dismissed, with prejudice, each party to bear its own costs and attorney's fees.

DATED this 21st day of October, 2016.

| HATFIELD & ASSOCIATES, LTD. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: /s/ Trevor J. Hatfield<br>Trevor J. Hatfield, Esq.<br>703 S. Eighth St.<br>Las Vegas, NV 89101<br>(702) 388-4469 Tel.<br>(702) 386-9825 Fax<br>*Attorney for Plaintiff* | By: /s/ Christopher M. Pastore<br>Anthony L. Martin<br>Christopher M. Pastore<br>Wells Fargo Tower, Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Telephone: 702.369.6800<br>*Attorneys for Defendant* |

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: October 24, 2016.

_____
UNITED STATES DISTRICT JUDGE

26617583.1